No. 554. NATIONAL COUNCIL OF AMERICAN-SOVIET FRIENDSHIP, INC. ET AL. *v.* McGRATH, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Abraham J. Isserman, David Rein* and *Joseph Forer* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for respondents.

No. 635. ROGERS *v.* UNITED STATES;
No. 636. BLAU *v.* UNITED STATES; and
No. 640. BLAU *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Samuel D. Menin* for petitioners. *Solicitor General Perlman* for the United States.

No. 700. McGRATH, ATTORNEY GENERAL, ET AL. *v.* KRISTENSEN. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for petitioners. *David W. Louisell* for respondent.

*Certiorari Denied.*

No. 570. LORD MANUFACTURING CO. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Charles A. Horsky, Ralph Hammar* and *Edward G. Howard* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for the United States.